**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 264 MAL 2014
:
            Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
       v. :
:
:
:
DILEEF HASSA STRICKLAND, :
:
            Petitioner :


## ORDER


**PER CURIAM**

    **AND NOW**, this 9th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.